FILED: June 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1143
(1:11-cv-01088-LO-TCB)

_____

VRCOMPLIANCE LLC; EYE STREET SOLUTIONS LLC

    Plaintiffs - Appellants

v.

HOMEAWAY, INC.; HOMEAWAY.COM, INC.; VRBO.COM, INC.; VACATIONRENTALS.COM, INC.

    Defendants - Appellees

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

    This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

*/s/Patricia S. Connor, Clerk*